**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-1669

NIKKI THOMPSON,

             Plaintiff - Appellant,

        v.

CITY OF DANVILLE, VIRGINIA; CITY OF DANVILLE POLICE
DEPARTMENT; V. T. BROWN, in his capacity as a Police Officer
of the City of Danville Police Department,

             Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Danville.  Jackson L. Kiser, Senior
District Judge.  (4:10-cv-00012-JLK)

Submitted:  November 28, 2011        Decided:  December 8, 2011

Before WILKINSON, MOTZ, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nikki Thompson, Appellant Pro Se.   Michael Anthony Nicholas,
DANIEL, MEDLEY & KIRBY, PC, Danville, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nikki Thompson appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Thompson v. City of Danville, No. 4:10-cv-00012-JLK (W.D. Va. June 3, 2011). The motions for consideration of discovery information and for relief are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED